229 So.2d 735

Herman D. HARVEY

v.

Jesse Walter SURLES.

No. 50279.

Jan. 9, 1970.

In re: Herman D. Harvey applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of East Carroll. 228 So.2d 167.

Not considered. The application was not timely filed. See Art. VII, Section 11, La. Const.

229 So.2d 735

STATE of Louisiana ex rel.
Bobby Joe BYCE

v.

C. Murray HENDERSON, Warden Louisiana State Penitentiary, et al.

No. 50283.

Jan. 9, 1970.

In re: Bobby Joe Byce applying for writ of habeas corpus.

Writ refused. The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction.